IN THE UNTIED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CR MISC No. 1230 |
| | ) | |
| TAVIAN JACKSON | ) | |

## **ORDER**

The court finds that **TAVIAN JACKSON,** a material witness and a person who may be subject to investigation, is eligible for the appointment of counsel pursuant to the Criminal Justice Act, 18 U.S.C. § 3006A. Accordingly, it is

ORDERED that a Panel Attorney be and is hereby appointed to represent TAVIAN JACKSON for all further proceedings. Appointed counsel shall file a written notice of appearance with this court

DONE this 26th day of April, 2007.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE